# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 03-3213

_____

Terry Hardage,                              *
                                            *
            Appellant,                      *
                                            *   Appeal from the United States
    v.                                      *   District Court for the
                                            *   Western District of Arkansas.
Ray Reynolds; Danny Wright; Vernon          *
Sisemore; Donald Bates; Betty               *   [UNPUBLISHED]
Whittaker; City of Johnson, Arkansas,       *
                                            *
            Appellees.                      *

_____

Submitted:    December 3, 2003

Filed:    December 5, 2003

_____

Before WOLLMAN, FAGG, and MORRIS SHEPPARD ARNOLD, Circuit Judges.

_____

PER CURIAM.

Terry Hardage appeals the district court's[1] dismissal of his 42 U.S.C. § 1983 action arising out of his September 2001 arrest and detention. Having carefully

_____

[1]The Honorable Jimm Larry Hendren, Chief Judge, United States District Court for the Western District of Arkansas, adopting the report and recommendations of the Honorable Beverly Stites Jones, United States Magistrate Judge for the Western District of Arkansas.

reviewed the record, <u>see</u> <u>Moore v. Sims</u>, 200 F.3d 1170, 1171 (8th Cir. 2000) (per curiam) (de novo standard of review), we affirm, because some defendants are immune from section 1983 liability, and Mr. Hardage failed to state a claim as to the remaining defendants.  <u>See</u> 8th Cir. R. 47B.

_____